Southern District Court of United States
New York City : NY :
Valmiki Ramani              Index Number

v

Warners Music Group Corp   **26 CV 2340**

RECEIVED
SDNY PRO SE OF
2026 MAR 23  AM 8:

(1) This is about the third time I am brining this case in this Court.

(2) In the past my cases) were dismissed with out explanation in favour of Defendant. I perceived the dismissal as predjudicial, in a democratic constitution and it it is dangerious

(3) Here I am again laying bam the facts.

(4) The defendant WMG Corp stole my music video My Mystery love, what gave them the right (s) to do so as they only owned the melody, I used for my song of which I took license. out for to use. The own nothing else in this video, there are no violations of property Rights, that are in the video against WMG Corp, there actions is one of delibirate thein common thefe.

(5) I wrote the lyrics, produced the video using my own shot schemes of NYC, and high angle stock shots of Sky Cropem free to use, without royalty. Furthermore the video has my Image in it and that of Lauren Conrad who gave me permission to use it, WMG corp is in violation of using her image without her permission.

(1)



(6) My music video is registered with the Copyright office of the Library of Congress in Washington DC. WMG corp are in violation of all the laws protecting the video. Moreover this court with of Judiciary is in direct violation of the Copyright Law granted to me to protect my property. Their action(s) of dismissing my claim in favour of the thieves WMG corp is most disgusting violation of several constitutional Laws and are biased against me and is in favour of giving WMG corp rights to steal my property.

(7) In this next/present case I demand this court to immediate remedy the situation and have Wmg corp to immediate cease the distribution of my video, and compensate me $300,000, for the theft of my property.

(8) This court has conducted it self in a dangerous unconstitutional way, and needs to correct it actions now.

139-05 85 DR Apt 6D

Briarwood - NY 11435

Valmiki Ramani
Plaintiff
Valmiki Ramani

(2)

I purchased this license on Apr 22 use the melody as I Like it for my Lyrics I paid for this Warner Bros got paid for it.



April 22, 2021

# PROOF OF MECHANICAL MUSIC LICENSING

Acting as a licensing agent, Legacy Productions Inc. d/b/a Easy Song Licensing ("ESL") has acquired Compulsory Mechanical Licenses on behalf of the licensee for each song below marked "Licensed". The licenses cover the format and quantity for the specified release only, identified by the unique Release ID:

## Release

| | |
|---|---|
| ID: | LPL756152 |
| Artist: | valmiki ramani |
| Title: | *secret loce* |
| Format: | 100 Digital Downloads |
| Date: | May, 2021 |

## Licensee

valmiki ramani
c/o Valmiki Ramani
139-05 85dr 6d
briarwood, New York 11435
United States

| License # | Song | Status |
|---|---|---|
| 1181813 | Secret Love<br>By Paul Francis Webster and Sammy Fain<br>Copyright WB Music Corp. | Licensed |

ESL has licensed the song(s) for the indicated project under the compulsory licensing provisions of the United States Copyright Act (the "Act"). The Act requires that copyright holders issue licenses for "Non-Dramatic Musical Works" under

such provisions. The Act requires that the licensee send (i) a "Notice of Intention" prior to distribution of copies, (ii) a "Monthly Statement of Account" reporting sales together with a royalty payment no later than the 20th day of the month following the month when distribution of copies first occurs, and (iii) an annual statement of account that is audited and signed by a certified public accountant. As of the date of this letter, ESL has sent the required "Notice of Intention" to the copyright holder of each song on the attached list marked "Licensed" and has assisted the licensee in acquiring the right to distribute its music to the public for private use, as contemplated in 17 U.S.C §115(a)(1). ESL accepts the legal responsibility to follow through with every compulsory procedure in accordance with the law to the extent that the licensee may legally distribute its audio recording of each song on the attached list marked "Licensed" in the quantities and format recorded above.

Songs not marked "Licensed" have not been licensed by ESL on this order. However they may have been licensed elsewhere or the songs may not require mechanical licensing. This may be true if the songs are in the Public Domain or are owned by the licensee. Manufacturers should consult the licensee for proof of licensing for songs not marked "Licensed".

Mechanical Licenses are only for distributing and selling copies of the audio recording of each song to the public. The licensee under a Mechanical License is not licensed to use the song(s) in synchronization with any audiovisual production, to print the lyrics of the song(s), or to use any pre-existing audio recordings of the song(s). Mechanical Licenses are not transferable to other projects and they are valid only for this specific project release, as indicated by the unique Release ID. The licensee may rearrange each licensed song to conform to the style of the performance involved, but the licensee may not change lyrics, the basic melody or the fundamental character of the song.

I certify that I have examined the licensing for this release and that all statements of fact contained herein are true, complete and correct to the best of my knowledge, information and belief, and are made in good faith, and that under the authority of the Act, compulsory mechanical music licensure has been granted for this project.

Charisse Phernetton, Licensing Expert
Digitally Signed
4/22/2021



 **Your video is sharing ad revenue with a music rights owner**

This video contains licensed music. You are receiving 20% of the ad revenue for this video in the following 49 territories:

 Warner Chappell Music International administered by ICE
Applying action in 49 territories.

Saint Helena, Ascension and Tristan da Cunha, Switzerland, Italy, Spain, Pakistan, Malta, Turkey, United Kingdom of Great Britain and Northern Ireland, Romania, Saint Pierre and Miquelon, Indonesia, Germany, Ireland, Norway, Cayman Islands, India, Luxembourg, France, Philippines, Jersey, South Africa, Monaco, Nigeria, Falkland Islands, Guernsey, Estonia, Gibraltar, Isle of Man, Wallis and Futuna, Belgium, Greece, Iceland, Netherlands, Israel, Belize, Sweden, Czech Republic, Denmark, Poland, Croatia, Thailand, Bulgaria, Vietnam, Singapore, Hong Kong, Cyprus, Kuwait, Namibia, Malaysia

 SACEM administered by SACEM
Applying action in 1 territory.

Luxembourg

Ads were inserted into your video by the rights owner. Information about your Page and content that is publicly available, which may identify you, will be shared with the rights owner as well as advertisers and third-party partners.



I SHOT this pHoto



This is the credit of end of video which is on Facebook.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**PA 2-547-586**

**Effective Date of Registration:**
June 25, 2025
**Registration Decision Date:**
August 29, 2025

## Title

| | |
|---|---|
| **Title of Work:** | My mystery Love |
| **Nature of Claim:** | Song Lyrics |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2021 |
| **Date of 1st Publication:** | October 20, 2021 |

## Author

| | |
|---|---|
| • **Author:** | VALMIKI Ramani |
| **Author Created:** | Lyrics, entire motion picture |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1948 |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | VALMIKI Ramani |
| | 139-05 85th Dr. Apt 6D, Briarwood, NY 11435 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |
| **Basis of current registration:** | This is the first published edition of a work prev. registered as unpublished. This is the first application submitted by this author as claimant. |

## Certification

| | |
|---|---|
| **Name:** | VALMiki Ramini |

Southern District Court of New York

To: Justice K. Woods;

Twice you have dismissed my case against the thieves WMG Corp. On my music video the only thing they have own is the melody, I used, which I bought a license for, what right do they have to take my music video and sell it to over 49 countries world wide, this is theft.

①I own/wrote the lyrics & the song which is now copyright in the Library of Congress, copy of the office certificate is attached.

All eye level shots of nyc, I photographed them myself, the high angle ones were gotten royalty free from Pix Bay.

Lauren Conrad whose image is in the video was given to me consent to use, no one else.

The only thing I am still waiting on is consent from the Royal Philharmonic Orchestra, to have used their instrumental track, of which, I will have to pay a royalty.

Therefore WMG Corp have no rights to this video, this is outright theft of which you are supporting the Jew. In the past my cases were dismissed without reason this is a dangerous game this court is playing. I expect that I will be granted Judgement against WMG Corp now.

Valmiki Ramani

Southern District US Court
NY.

This is directed to the Judges the keep to illegally dismissing my case against WMG Corp for stealing my music Video with Copyright Library of Congress Lyrics. You are breaking the Rule of Law. You are discriminating against me in favour of the thieves at WMG Corp, Are you been paid?

This is my third application. Fix this. WMG Corp only owns the melody of the song, of which I own two licenses to use it. What gives WMG Corp the right to lift my music video concoct false measures and steal my video, fix this.

Valmick Ramen