UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALMIKI RAMANI,

Plaintiff,

-against-

WMG CORP,

Defendant.

1:26-CV-2340 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated November 21, 2024, the Court barred Plaintiff from filing any new civil action in this court *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Ramani v. Haley*, ECF 1:24-CV-5747, 7 (S.D.N.Y. Nov. 21, 2024), *appeal dismissed as frivolous*, No. 25-50 (2d Cir. July 9, 2025). Plaintiff files this new *pro se* action,[1] seeks IFP status,[2] and has not sought leave from the court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the Court's November 21, 2024 order in *Ramani*, 1:24-CV-5747.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

---

[1] Plaintiff's amended complaint (ECF 4) is the operative pleading for this action. The Court understands Plaintiff's subsequently filed letter (ECF 5) to be a supplement to Plaintiff's amended complaint.

[2] Plaintiff's IFP application (ECF 2) is not signed. But because Plaintiff has not paid the fees to bring this action, the Court understands that Plaintiff seeks to proceed IFP.

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated:   April 29, 2026
         New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                                   Chief United States District Judge