UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALMIKI RAMANI,

                              Plaintiff,

            -against-

WMG CORP.,

                              Defendant.

26 CIVIL 002340 (LTS)

CIVIL JUDGMENT

For the reasons stated in the April 29, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

            SO ORDERED.

Dated:   May 1, 2026
         New York, New York

                                    /s/ Laura Taylor Swain
                              _____
                                    LAURA TAYLOR SWAIN
                              Chief United States District Judge